NUMBER 13-00-361-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




ERNESTO
CASTANEDA D/B/A CASTANEDA'S 

NATIONWIDE
FEDERAL BONDING AND BAIL BONDS CO., LTD., Appellant, 



v.





ANTONIO
"TONY" GONZALEZ, IN HIS OFFICIAL CAPACITY AS SHERIFF OF 

KLEBERG COUNTY, ET AL., Appellees. 

____________________________________________________________________




On appeal from the 105th District Court

of
Kleberg
 County, Texas.

____________________________________________________________________




O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per
Curiam 



Appellant, ERNESTO CASTANEDA D/B/A CASTANEDA'S NATIONWIDE FEDERAL
BONDING AND BAIL BONDS CO., LTD., perfected an appeal from a judgment
entered by the 105th District Court of Kleberg County, Texas,
in cause number 97-665-D. After the record was filed, appellant
filed a motion to dismiss the appeal. In the motion, appellant states that he
no longer wishes to prosecute this appeal. Appellant requests that this Court
dismiss the appeal. 

The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted.
Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 19th day of April, 2001.